**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**DARRELL DELANO WASHINGTON, II,**

**Plaintiff,**

**v.** **Civil Action No. 3:26cv826**

**COMMONWEALTH OF VIRGINIA,**

**Defendant.**

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate proceeding *pro se*, submitted what appears to be a Virginia state forms called "Motion for Judgment" and "Notice of Claim" to the United States District Court for the Western District of Virginia. (ECF No. 1.) Because the conduct that Plaintiff complains of occurred at Sussex I State Prison, the Western District transferred the action to this Court. (ECF No. 9.) From Plaintiff's submissions, it appears that he may wish to file a complaint pursuant to 42 U.S.C. § 1983.[1] Accordingly, by Memorandum Order entered on September 1, 2026, the Court directed the Clerk to mail Plaintiff a standardized form for filing a

[1] The Western District construed Plaintiff's filings as a civil rights action under 42 U.S.C. § 1983; however, based on the state forms he submitted that is not so clear. However, Plaintiff's current submissions fail to comply with Federal Rule of Civil Procedure 8(a). That rule provides:

> **(a) Claim for Relief.** A pleading that states a claim for relief must contain:
> **(1)** a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;
> **(2)** a short and plain statement of the claim showing that the pleader is entitled to relief; and
> **(3)** a demand for the relief sought, which may include relief in the alternative or different types of relief.

Fed. R. Civ. P. 8(a).

42 U.S.C. § 1983 complaint. The Court explained that if Plaintiff wished to file a complaint at this time, he should complete and return the form to the Court within thirty (30) days of the date of entry thereof. The Court noted that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than thirty (30) days have elapsed, and Plaintiff has not completed and returned the § 1983 complaint form. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
M. Hannah Lauck
Chief United States District Judge

Date: 10/9/24
Richmond, Virginia